```
 1 | TRACY L. WILKISON
   | Acting United States Attorney
 2 | SCOTT M. GARRINGER
   | Assistant United States Attorney
 3 | Chief, Criminal Division
   | JONATHAN GALATZAN
 4 | Assistant United States Attorney
   | Chief, Asset Forfeiture Section
 5 | VICTOR A. RODGERS (Cal. Bar No. 101281)
   | MAXWELL COLL (Cal. Bar No. 312651)
 6 | Assistant United States Attorney
   | Asset Forfeiture/General Crimes Sections
 7 |      Federal Courthouse, 14th Floor
   |      312 North Spring Street
 8 |      Los Angeles, California 90012
   |      Telephone: (213) 894-2569/1785
 9 |      Facsimile: (213) 894-0142/0141
   |      E-mail: Victor.Rodgers@usdoj.gov
10 |              Maxwell.Coll@usdoj.gov
11 |
   | Attorneys for Plaintiff
12 | UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:21-CV-07279-MWF (SKx) |
|---|---|
| Plaintiff, | WARRANT |
| v. | [$1,083,740.00 IN U.S. CURRENCY] |
| $1,083,740.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS, | |
| Defendants. | |

TO: UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF CALIFORNIA:

1    A Complaint for Forfeiture having been filed in this
2 action,
3    IT IS ORDERED that you seize the defendant, $1,083,740.00
4 in U.S. Currency, and cause the same to be detained in your
5 custody, or in the custody of a Substitute Custodian, until
6 further notice of the Court.
7    YOU ARE FURTHER ORDERED to file this process in this Court
8 with your return promptly after execution.

     DATED:  9/10/2021
     _____

                                    KIRY K. GRAY, Clerk

                                    
                                    Deputy Clerk