UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No. **CV 21-7279-MWF (SKx)**     Date: **September 13, 2021**
Title:     United States of America v. $1,083,740.00 in U.S. Currency, et al.

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE RE: FILING NOTICE OF RELATED CASES

The government initiated this civil forfeiture action on September 10, 2021. (Complaint (Docket No. 1)). It appears to the Court that this action may be related to *United States of America v. U.S. Private Vaults, Inc., et al.*, CR 21-106 MCS.

Pursuant to General Order 21-01, "[p]arties must *promptly* file a Notice of Related Cases in the following circumstances:

> Whenever a civil forfeiture case and a criminal case: (1) arise from the same or a closely related transaction, happening, or event; (2) call for determination of the same or substantially related or similar questions of law and fact; or (3) involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

G-O 21-01, II.I.1.c (emphasis added).

Accordingly, the government is **ORDERED** to show cause, in writing, on or before **September 17, 2021**, why the government failed to follow the General Order requiring the filing of a Notice of Related Cases with respect to this action. Or, if appropriate, the government is **ORDERED** to file a Notice of Related Cases on or before **September 17, 2021**.

IT IS SO ORDERED.