1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:21-cv-07279 |
|---|---|
| Plaintiff, | ORDER APPOINTING THE FEDERAL BUREAU OF INVESTIGATION, AS SUBSTITUTE CUSTODIAN IN PLACE OF THE U.S. MARSHALS SERVICE AS TO MISCELLANEOUS PRECIOUS ITEMS |
| v. | |
| $1,083,740.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS, | |
| Defendants. | |

IT IS HEREBY ORDERED that upon the arrest of the defendant, Miscellaneous Precious Items, the Federal Bureau of Investigation, Los Angeles Office, 11000 Wilshire Blvd., Ste. 1700, Los Angeles, California 90024, shall assume custody of the defendant on behalf of this Court, in place of the United States Marshals Service, and shall maintain custody of such defendant during the time it remains in custodia legis, pursuant to Rule G(3)(c)(i) and E(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules");

///

IT IS FURTHER ORDERED that, before the delivery of the defendant after such release or disposal is ordered, all costs and charges of the Court and its officers, more particularly the Federal Bureau of Investigation, as Substitute Custodian, must first be paid, pursuant to Supplemental Rule E(5)(c); and

IT IS FURTHER ORDERED that, as Substitute Custodian of the defendant, the Federal Bureau of Investigation, shall perform all duties and responsibilities that the United States Marshals Service is authorized to perform pursuant to the Supplemental Rules.

September 17, 2021
DATE

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture/General Crimes Sections
Attorneys for Plaintiff
UNITED STATES OF AMERICA