```
TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
Asset Forfeiture/General Crimes Sections
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2569/1785
     Facsimile: (213) 894-0142/0141
     E-mail: Victor.Rodgers@usdoj.gov
             Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 2:21-cv-07279-RGK-MAR |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL SERVED COMPLAINT BY NOT MORE THAN 30 DAYS** |
| v. | ) | |
| $1,083,740.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS, | ) | [Local Rule 8-3]<br><br>Complaint Served:<br>    December 9, 2021<br>Current response date:<br>    Claim-January 13, 2022<br>    Answer-February 3, 2022<br>New response date:<br>    Claim-February 12, 2022<br>    Answer-March 5, 2022 |
| Defendants. | ) | |

Pursuant to Local Rule 8-3, plaintiff United States of America and potential claimants Samantha Safir and David Sutton (collectively, "potential claimants") hereby stipulate and agree to extend the time for potential claimants to respond to the

initial complaint served in this action.  The complaint was served December 9, 2021.  Potential claimants' time to file a claim to contest the forfeiture of the defendant currency is January 13, 2022 and an answer or other responsive pleading to the complaint is twenty-one (21) days thereafter (i.e., February 3, 2022).  See Supplemental Rule G(4)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  The parties have agreed to a thirty day extension of these deadlines.  Accordingly, potential claimants' time to file a claim to the defendant currency is extended from January 13, 2022 to February 12, 2022, and an answer or other responding document to the complaint is extended from February 3, 2022 to March 5, 2022.

Dated: January 12, 2022          TRACY L. WILKISON
                                 United States Attorney
                                 SCOTT M. GARRINGER
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 JONATHAN GALATZAN
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section


                                 /s/ Victor A. Rodgers
                                 VICTOR A. RODGERS
                                 MAXWELL COLL
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA


Dated: January 12, 2022          KENDALL BRILL & KELLY LLP


                                  /s/ Janet I. Levine
                                 JANET I. LEVINE

                                 Attorneys for Potential Claimants
                                 Samantha Safir and David Sutton

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **January 13, 2022,** I served a copy of: **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL SERVED COMPLAINT BY NOT MORE THAN 30 DAYS** on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

**TO:  Janet I. Levine
Kendall Brill & Kelly LLP
10100 Santa Monica Blvd, Ste 1725
Los Angeles, CA 90067-4013**

☑ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **January 13, 2022,** at Los Angeles, California.

/s/*Paul J. Read*
PAUL J. READ
Paralegal, FSA

3