Log # 2755
Capture # 012-2:2021-CV-07279-1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 2:21-cv-07279 RGK(MARx) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $1,083,740.00 in U.S. Currency and Miscellaneous Precious Items | Complaint/Warrant |

**SERVE AT** { 

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| AUSA Victor A. Rodgers<br>312 North Spring Street, 14th Floor<br>Los Angeles, CA 90012 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please seize the defendant, $1,083,740.00 in U.S. Currency (21-FBI-003104).

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| VICTOR RODGERS Digitally signed by VICTOR RODGERS Date: 2021.12.10 11:44:09 -08'00' | | (213) 894-2569 | 12/9/2021 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 12 | District to Serve<br>No. 12 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/10/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>12/28/21 | Time<br>3:12 | ☐ am<br>☒ pm |
|---|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

## Seized as 2:21-CV-07279 on 12/28/21.



FILED
CLERK, U.S. DISTRICT COURT

JAN 13 2022

CENTRAL DISTRICT OF CALIFORNIA
BY RO                    DEPUTY

Form USM-285
Rev 03/21

1   TRACY L. WILKISON
    Acting United States Attorney
2   SCOTT M. GARRINGER
    Assistant United States Attorney
3   Chief, Criminal Division
    JONATHAN GALATZAN
4   Assistant United States Attorney
    Chief, Asset Forfeiture Section
5   VICTOR A. RODGERS (Cal. Bar No. 101281)
    MAXWELL COLL (Cal. Bar No. 312651)
6   Assistant United States Attorney
    Asset Forfeiture/General Crimes Sections
7       Federal Courthouse, 14th Floor
       312 North Spring Street
8       Los Angeles, California 90012
       Telephone: (213) 894-2569/1785
9       Facsimile: (213) 894-0142/0141
       E-mail: Victor.Rodgers@usdoj.gov
10           Maxwell.Coll@usdoj.gov

11

12   Attorneys for Plaintiff
    UNITED STATES OF AMERICA

13

14             UNITED STATES DISTRICT COURT

15        FOR THE CENTRAL DISTRICT OF CALIFORNIA

16               WESTERN DIVISION

| | |
|---|---|
| 17   UNITED STATES OF AMERICA, | No. 2:21-CV-07279-MWF (SKx) |
| 18         Plaintiff, | WARRANT |
| 19           v. | [$1,083,740.00 IN U.S. CURRENCY] |
| 20   $1,083,740.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS | |
| 21   ITEMS, | |
| 22         Defendants. | |

23

24

25

26       TO:  UNITED STATES MARSHALS SERVICE, CENTRAL DISTRICT OF

27       CALIFORNIA:

28

1     A Complaint for Forfeiture having been filed in this

2    action,

3     IT IS ORDERED that you seize the defendant, $1,083,740.00

4    in U.S. Currency, and cause the same to be detained in your

5    custody, or in the custody of a Substitute Custodian, until

6    further notice of the Court.

7     YOU ARE FURTHER ORDERED to file this process in this Court

8    with your return promptly after execution.

9

10   DATED: 9/10/2021

11

12

13           KIRY K. GRAY, Clerk 

14

15

16           Deputy Clerk

17

18

19

20

21

22

23

24

25

26

27

28

            2