KENDALL BRILL & KELLY LLP
Janet I. Levine (94255)
 *jlevine@kbkfirm.com*
Jeffrey H. Rutherford (181695)
 *jrutherford@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Claimant
David Sutton

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>$1,083,740.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS,<br><br>　　　　Defendants. | Case No. 2:21-cv-07279-RGK (MARx)<br><br>**VERIFIED CLAIM OF INTEREST IN DEFENDANT PROPERTIES BY CLAIMANT DAVID SUTTON**<br><br>Judge:　Hon. R. Gary Klausner<br><br>Complaint Filed: September 10, 2021 |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

CLAIM

## CLAIM

Pursuant to Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant David Sutton hereby makes claim to the defendant property. Claimant has an ownership interest in all the contents of boxes 4106 and 4704 seized from U.S. Private Vaults on or around March 22, 2021, including the defendant assets in this action, $1,083,740.00 in U.S. currency and miscellaneous precious items.

On September 9, 2021, a verified complaint was filed in this district by the United States of America, seeking forfeiture of $1,083,740.00 in U.S. currency and miscellaneous precious items. Case No. 2:21-cv-07279-RGK (MARx). The items were allegedly seized from boxes 4106 and 4704 in the U.S. Private Vaults on or about March 22, 2021.

Pursuant to Supplemental Rule E (8) of the Federal Rules of Civil Procedure, Claimant expressly limits this appearance to asserting and defending his claim.

Claimant reserves all rights to challenge the in rem jurisdiction of this Court and the propriety of venue in this action.

Claimant David Sutton hereby submits the attached verified claim asserting an ownership interest in the entirety of the seized defendant assets.

Respectfully submitted,

DATED: February 10, 2022    KENDALL BRILL & KELLY LLP

By:  /s/ Janet I. Levine
     Janet I. Levine
     Attorneys for Claimant
     David Sutton

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

**VERIFICATION**

I am an owner of and have a possessory interest in all of the contents of boxes 4106 and 4704 seized from U.S. Private Vaults on or around March 22, 2021, including the defendant assets in this *in rem* forfeiture action: $1,083,740.00 in U.S. currency and miscellaneous precious items.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 2, 2022.

| David Sutton | *[signed]* |
|---|---|
| Print Name of Signatory | Signature |

Kendall Brill & Kelly LLP
10100 Santa Monica Blvd
Suite 1725
Los Angeles, CA 90067

603324734

2
CLAIM