NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Janet I. Levine (94255)
Jeffrey H. Rutherford (181695)
KENDALL BRILL & KELLY LLP
10100 Santa Monica Blvd., Suite 1725
Los Angeles, CA 90067
310.556.2700

ATTORNEY(S) FOR: Claimant David Sutton

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff(s), <br><br> v. <br><br> $1,083,740.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS, <br><br> Defendant(s) | CASE NUMBER: <br><br> 2:21-cv-07279-RGK (MARx) <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Claimant David Sutton_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| David Sutton | Claimant |
| United States of America | Plaintiff |

| | |
|---|---|
| February 10, 2022 <br> Date | /s/ Janet I. Levine <br> Signature |

Attorney of record for (or name of party appearing in pro per):

Claimant David Sutton

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES