UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$1,083,740.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS,<br><br>        Defendant. | Case No. 2:21-cv-07279-RGK(MARx)<br><br>[PROPOSED] ORDER STAYING CIVIL FORFEITURE ACTION PENDING CONCLUSION OF RELATED CRIMINAL INVESTIGATION AND CASE |
| DAVID SUTTON,<br><br>        Claimant. | |

    Pursuant to the stipulation and request of the parties, 18 U.S.C. § 981(g), and good cause appearing therefor, IT IS ORDERED that this matter shall be, and hereby is stayed pending the conclusion of a related criminal investigation and the criminal case entitled The People of the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, Felix Lantsman, et al., Santa Clara Superior Court Case No. C2007796 (the "related criminal case"). In order to allow the Court

to monitor the status of this matter, the government shall file a status report by May 4, 2022, and every ninety (90) days thereafter, concerning the progress of the criminal investigation and related criminal case.

Dated: _____

THE HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

Presented By:

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

         /s/
_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA