TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture Section
    United States Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$1,083,740.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS,<br><br>        Defendant.<br><br>DAVID SUTTON,<br><br>        Claimant. | Case No. 2:21-cv-007279-RGK(MARx)<br><br>**PLAINTIFF UNITED STATES OF AMERICA'S REPORT REGARDING STATUS OF ONGOING CRIMINAL INVESTIGATION** |

Pursuant to the Court's Order filed February 24, 2022 based upon the parties' stipulation therefor, the Court stayed this civil forfeiture action pursuant to 18 U.S.C. § 981(g) pending the ongoing related federal criminal investigation and the related criminal case,

<u>The People of the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, et al.</u>, in which claimant David Sutton is a defendant.  Santa Clara Superior Court Case No. C2007796.  Docket No. 25.  The Court's order instructed the government to file reports every ninety (90) days, commencing May 4, 2022, regarding the status of the criminal investigation.  Accordingly, the government is hereby submitting this report regarding the status of the related federal criminal investigation and related criminal case.

The related federal criminal investigation is ongoing, as is the related criminal case in which a status conference is set for May 25, 2022, in which it is anticipated that there will be informal discussions concerning a discovery motion and pleas and additional scheduling for the case.

Pursuant to the Court's Order filed February 24, 2022, the government will submit its next status report within 90 days of the filing of this status report (<u>i.e.</u>, by August 2, 2022).

Dated: May 4, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United states Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA