TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS (Cal. Bar No. 101281)
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorneys
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569/1785
    Facsimile: (213) 894-0142
    E-mail: Victor.Rodgers@usdoj.gov
           Maxwell.Coll@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$1,083,740.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS,<br><br>        Defendants.<br><br>DAVID SUTTON,<br><br>        Claimant. | Case No. 2:21-cv-007279-RGK(MARx)<br><br>STIPULATION AND REQUEST TO TRANSFER THE DEFENDANTS $1,083,740.00 IN U.S. CURRENCY AND MISCELLANEOUS PRECIOUS ITEMS TO SANTA CLARA COUNTY DISTRICT ATTORNEY'S OFFICE FOR APPLICATION OF THE CURRENCY AND NET PROCEEDS FROM THE SALE OF MISCELLANEOUS PRECIOUS ITEMS TO ANY RESTITUTION ORDERS ENTERED IN THE RELATED SANTA CLARA COUNTY SUPERIOR COURT CRIMINAL CASE AND TO DISMISS THIS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii); [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |

      Plaintiff United States of America, on the one hand, and claimant David Sutton ("claimant"), on the other hand, by the

signatures of their attorneys hereunder, hereby stipulate and request that the Court enter an order that:

(i) the defendants $1,083,740.00 in U.S. Currency and Miscellaneous Precious Items be transferred to the Santa Clara County District Attorney's Office (the "SCDAO") so that the funds and net proceeds from the SCDAO or its representative's sale of the Miscellaneous Precious Items[1] can be applied to any restitution orders entered in the related criminal case entitled <u>The People of the State of California v. David Sutton, Brian Sutton, Vladimir Tsikman, Hershel Tsikman, Roman Kardonskiy, Jaid Gorban, Felix Lantsman, et al.</u>, Santa Clara Superior Court Case No. C2007796, in which claimant is named as a defendant;

(ii) the defendant Misecllaneous Precious Items shall be transferred to the SCDAO by making those items available for pickup by the SCDAO; and

(iii) this civil forfeiture case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with the parties each bearing their own attorney fees and costs.

In addition, by this stipulation claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Federal Bureau of Investigation and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims (including,

---

[1] A list of the defendant Miscellaneous Precious Items is attached hereto as Exhibit A.

2

without limitation any petitions for remission, which claimant hereby withdraws), actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of claimant, whether pursuant to statute or otherwise.

Dated: June 15, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
_____
VICTOR A. RODGERS
MAXWELL COLL
Assistant United States Attorneys
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: June 15, 2022

KENDALL BRILL & KELLY, LLP

/s/ Janet L. Levine
_____
JANET L. LEVINE

Attorneys for Claimant
DAVID SUTTON