## ITEM CONTENTS LIST

| Item Seq. No. | Count | Item Description/Item Type/Condition/Serial Number/Barcode/Disposition Type |
|---|---|---|
| 1 | 10 | 1 Ounce Gold Ingots |
| 2 | 37 | 1 Ounce Gold Ingots |
| 3 | 27 | 1 Ounce Gold Ingots |
| 4 | 16 | 1 Ounce Gold Ingots No Serial Numbers |
| 5 | 42 | 1 Ounce Gold Ingots |
| 6 | 13 | 1 Ounce Gold Coins |
| 7 | 77 | Miscellaneous 1 Ounce Gold Ingots |
| 8 | 3 | 1 Ounce Gold Ingots |
| 9 | 10 | 1 Ounce Gold Canada Maple Leaf Coins |
| 10 | 87 | Miscellaneous 1 Ounce Gold Coins |
| 11 | 12 | 10 Ounce Gold Ingots |
| 12 | 1 | 10oz Troy Gold Ingot |
| 13 | 3 | 1 Ounce Gold Ingots |

**EXHIBIT A**

| | | |
|---|---|---|
| 14 | 8 | 10 Ounce Gold Bars |
| 15 | 108 | Miscellaneous 1 oz Gold Ingots |
| 16 | 1 | 1 Ounce Gold Canada Elizabeth II Coin |

**EXHIBIT A**